UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Iron Workers Local No. 25 Pension Fund et al, <br><br> Plaintiffs, <br><br> v. <br><br> Quality Steel Fabricating & Erecting, Inc. et al, <br><br> Defendants. | Case No. 19-11127 <br> Honorable Laurie J. Michelson |

**ORDER OF ADJOURNMENT AND FOR SUPPLEMENTAL BRIEFING**

On September 24, 2019, the Court held a hearing on the Plaintiff's Motion for Default Judgment (ECF No. 9.) After having been defaulted, Defendant Thomas Stephens appeared pro se to contest the motion. He claimed that he has paid the fringe benefit contributions being sought by Plaintiffs. For the reasons stated more fully on the record, the Court found that the information provided by the Plaintiff was insufficient to ascertain the amount of damages with reasonable certainty. *See Vesligaj v. Peterson,* 331 F. App'x. 351, 355 (6th Cir. 2009), *quoting Credit Lyonnais Sec. (USA) Inc. v. Alcantara*, 183 F.3d 151, 155 (2d Cir. 1999).

As stated more fully on the record during the hearing, the Court now orders the Plaintiff to file a supplement to its Motion for Default Judgment within 14 days of entry of this order. The supplement shall be served by mail and email on the Defendants at the addresses provided by Stephens during the hearing. The Defendants have 17 days after the filing of Plaintiffs' supplement to respond.

The Court reminds the Defendants that while Thomas Stephens, an individual, may represent himself pro se, the corporate defendant, Quality Steel Fabricating & Erecting, Inc.,

must be represented by counsel in order to oppose the requested default judgment. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *Doherty v. American Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984).

SO ORDERED.

Dated: September 26, 2019

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on September 26, 2019.

s/Erica Karhoff
Case Manager to
Honorable Laurie J. Michelson